# CERTIFICATE OF SERVICE OF PROCESS

Case Number: 20-02006

I, __Michele Holder__ (name), certify that service of this summons and a copy of the complaint was made __3/20/20__ (date) by (check one):

[X] **Mail service:** Regular, First Class United States mail, postage fully pre-paid, addressed to:
VIA CERTIFIED MAIL TO: People's United Bank, 850 Main Street, Bridgeport, CT 06604
Attn: John Barnes, President/CEO

[ ] **Personal Service:** By leaving the process with defendant or with an officer or agent of defendant at:

[ ] **Residence Service:** By leaving the process with the following adult at:

[ ] **Certified Mail Service on an Insured Depository Institution:** By sending the process by certified mail addressed to the following officer of the defendant at:

[ ] **Publication:** The defendant was served as follows:

[ ] **State Law:** The defendant was served pursuant to the laws of the State of _____, as follows:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

__3/20/20__
Date

Signature: _[signed]_
Print Name: Michele Holder
Business Address: NOVAK LAW OFFICE, PC   280 Adams Street
City/State/Zip: Manchester, CT 06040