# UNITED STATES BANKRUPTCY
# DISTRICT OF CONNECTICUT
## AT HARTFORD

### APPLICATION FOR and WRIT OF EXECUTION

### BANKING INSTITUTION

**FILED**
2020 JUN -4 A 11: 37
CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD

### APPLICATION

To the United States Bankruptcy Court for the District of Connecticut at Hartford Connecticut, in connection with a judgment therein on May 15, 2020, Docket No. 20-02006

**CASE NAME** Anthony S. Novak, Chap. 7 Trustee v. People's United Bank

**NAME OF BANKING INSTITUTION** People's United Bank, N.A.

**NAME OF JUDGMENT CREDITOR MAKING APPLICATION:** A. Novak    **OF (TOWN)** Manchester, CT

**NAME OF JUDGMENT DEBTOR:** People's United Bank, N.A.    **OF (TOWN)** New Haven, CT

1. **AMOUNT OF JUDGMENT:** $16,027.35
2. **AMOUNT OF COSTS:**
3. **TOTAL JUDGMENT AND COSTS:**
4. **TOTAL PAID ON ACCOUNT:**
5. **TOTAL UNPAID JUDGMENT:** $16,027.35

(Name of Attorney or) Jeffrey Hellman, Esq. /s/    Dated June 2, 2020
(Party making Application)
(Address)
195 Church Street, 10th Floor
New Haven, CT 06510

## EXECUTION

TO ANY PROPER OFFICER

      Whereas on said Date of Judgment the above-named Judgment Creditor recovered a judgment against the above-named Judgment Debtor before the above-named Court for the amount of damages and costs above, as appears of record, whereof execution remains to be done. These therefore by **AUTHORITY OF THE UNITED STATES TO COMMAND YOU:**

Within seven (7) days from your receipt of this execution, make demand upon the main office of any banking institution having its main office within your precincts, or if such main office is not within your precincts and such banking institution has one or more branch offices within your precincts, upon an employee of such a branch office, such employee and such branch office having been designated by the banking institution in accordance with regulations adopted by the Banking Commissioner, for payment to you pursuant to Section 52-367b of the Connecticut General Statutes and Connecticut Public Act 83-384 for any nonexempt debt due said Judgment Debtor(s), which sum shall not exceed the total unpaid debt damages and costs on said judgment as stated above, plus interest on the unpaid amount of said judgment from its date until the time when this execution shall be satisfied, plus your own fee. After having made such demand you are directed to serve a true and attested copy of this execution, together with the attached affidavit and exemption claim form, with your doings endorsed thereon, with the banking institution office upon whom such demand was made. Said sum shall be received by you and applied on this execution in accordance with the provisions of Section 52-367b of the Connecticut General Statutes.

**HEREON FAIL NOT, AND MAKE DUE RETURN TO THIS WRIT WITH YOUR DOINGS THEREON, ACCORDING TO LAW.**

      Dated at                 , Connecticut this            day of

BY _____
         **Assistant Clerk**

**EXEMPTION CLAIM FORM**
**BANK EXECUTION**

**SECTION 1** (to be completed by clerk)

| Address of Court (no. Street, Town and Zip Code) | | |
|---|---|---|
| Name of Judgment Debtor | Date Execution Issued | Docket No. |

**SECTION II** (to be completed by banking institution)

| Name and Address of Banking Institution to which Exemption claim (if any) is to be Returned |
|---|
| Date of Mailing to Judgment Debtor |
| Description of Account(s) and Amount(s) Removed pursuant to Execution |

**SECTION III**               **NOTICE TO JUDGMENT DEBTOR**

   As the result of a judgment entered against you, the attached execution has been issued against funds deposited by you in the banking institution named above. In compliance with this execution, the banking institution has removed from the account(s) enumerated above the amount of money indicated above.

   **THE MONEY IN YOUR ACCOUNT(S) MAY BE EXEMPT FROM EXECUTION** - the money in your account(s) may be protected from execution by state statutes or by other laws or regulations of this state or of the United States.

   **HOW TO CLAIM AN EXEMPTION ESTABLISHED BY LAW** - If you wish to claim that the money in your account(s) is exempt by law from execution, you must fill out and sign, before a proper official, the Affidavit of Claim of Exemption below and mail or deliver this exemption claim form to the banking institution at the above address. This form must be received by the banking institution no later than 15 days from the DATE OF MAILING TO JUDGMENT DEBTOR indicated above.

   Upon receipt of this form the bank will forward it to the Bankruptcy Court and the Court Clerk will notify you and the judgment creditor of the date on which a hearing will be held by the court to determine the issues raised by your claim.

## SECTION IV   AFFIDAVIT OF CLAIM OF EXEMPTION ESTABLISHED BY LAW

I, the judgment debtor named above, hereby claim and certify under the penalty of false statement that the money in the above account(s) is exempt by law from execution as follows:

| Account Number | Describe Claimed Exemption Established by Law |
|---|---|
| Amount Claimed to be Exempt | |

| Account Number | Describe Claimed Exemption Established by Law |
|---|---|
| Amount Claimed to be Exempt | |

\*\* Additional sheet(s) attached hereto and made a part hereof (if necessary)

SIGNED X _____

Date Signed          Tel. No.

Complete Mailing Address of Judgment Debtor

**STATE OF CONNECTICUT**          :
                                    SS
**COUNTY OF**                       :

Subscribed and sworn to before me this _____ day of _____ , 19    .

_____
Notary Public, Commissioner of Superior Court

---

**SECTION V** (To be completed by banking institution upon return of exemption claim form)

| Date Claim Received | Date Mailed to Court | Name of Bank Officer | Telephone No. |
|---|---|---|---|
| | | | |